FILED by _____ KS _____ D.C.

Feb 8, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### 22-20039-CR-ALTONAGA/TORRES

Case No. _____

18 U.S.C. § 1956(h)
18 U.S.C. § 982

UNITED STATES OF AMERICA

vs.

**OSVALDO VILLEGAS RIVERA,**
    **a/k/a "Mari,"**

        **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

### Conspiracy to Commit Money Laundering
### (18 U.S.C. § 1956(h))

Beginning in or around 2017 and continuing until on or about April 22, 2019, in the Southern District of Florida, and elsewhere, the defendant,

### OSVALDO VILLEGAS RIVERA,
### a/k/a "Mari,"

did knowingly combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, Title 18, United States Code, Section 1956:

1.    knowing that the property involved in a financial transaction represents the proceeds of some form of unlawful activity, conducts and attempts to conduct such a financial transaction which in fact involves the proceeds of specified unlawful activity with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i);

2.      knowing that the property involved in a financial transaction represents the proceeds of some form of unlawful activity, conducts and attempts to conduct such a financial transaction which in fact involves the proceeds of specified unlawful activity, knowing that the transaction is designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and,

3.      transports, transmits, and transfers, and attempts to transport, transmit and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States and to a place in the United States from and through a place outside the United States with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(A).

It is further alleged that the specified unlawful activity is the manufacture, importation, sale, and distribution of a controlled substance, punishable under the laws of the United States and Venezuela.

All in violation of Title 18, United States Code, Section 1956(h).

## **FORFEITURE**
### **(18 U.S.C. § 982(a)(1))**

1.      The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture of property to the United States of America in which the defendant, **OSVALDO VILLEGAS RIVERA,** has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 1956, as alleged in this Indictment, the defendant, **OSVALDO VILLEGAS RIVERA,** shall forfeit to the United States all property, real or personal, involved in such offense, or any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

3.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property that cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Section 982(a)(1), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, 982(b)(1).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

_____
ROBERT J. EMERY
ASSISTANT UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

DEBORAH L. CONNOR
CHIEF, MONEY LAUNDERING AND
ASSET RECOVERY SECTION

_____
JOSEPH PALAZZO
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

OSVALDO VILLEGAS RIVERA,

_____Defendant._____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New defendant(s)          Yes _____    No _____
Number of new defendants            _____
Total number of counts              _____

**Court Division:** (Select One)

| | | | |
|---|---|---|---|
| ✓ Miami | ___ | Key West | ___ |
| ___ FTL | ___ | WPB | ___ FTP |

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:    (Yes or No)    Yes___
    List language and/or dialect    Spanish_____

4.  This case will take _5_ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)

    | | | | |
    |---|---|---|---|
    | I | 0 to 5 days | ✓ | |
    | II | 6 to 10 days | ___ | |
    | III | 11 to 20 days | ___ | |
    | IV | 21 to 60 days | ___ | |
    | V | 61 days and over | ___ | |

    (Check only one)

    | | |
    |---|---|
    | Petty | ___ |
    | Minor | ___ |
    | Misdem. | ___ |
    | Felony | ✓ |

6.  Has this case previously been filed in this District Court?    (Yes or No)    No___
    If yes: Judge                              Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?    (Yes or No)    No___
    If yes: Magistrate Case No.                  _____
    Related miscellaneous numbers:               _____
    Defendant(s) in federal custody as of        _____
    Defendant(s) in state custody as of          _____
    Rule 20 from the District of                 _____

    Is this a potential death penalty case? (Yes or No)    No___

7.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes_____    No __X

8.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes_____    No __X

9.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?    Yes_____    No __X

_____
ASSISTANT UNITED STATES ATTORNEY
ROBERT J. EMERY

*Penalty Sheet(s) attached

REV 6/5/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:**  OSVALDO VILLEGAS RIVERA

**Case No:**

Count #: 1

Conspiracy to commit money laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**