UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-20039-CR-ALTONAGA

UNITED STATES OF AMERICA

    Plaintiff,

vs.

OSVALDO VILLEGAS RIVERA,

    Defendant.

_____/

## FACTUAL PROFFER

The United States Attorney's Office for the Southern District of Florida and the Money Laundering and Asset Recovery Section of the United States Department of Justice Criminal Division ("together, the Government") and Osvaldo Villegas Rivera (hereinafter referred to as the "defendant") hereby agree that the Government can prove the following facts at trial beyond a reasonable doubt:

1. Beginning in or about 2017 until April 22, 2019, the defendant conspired with at least one other person to transport, transmit, transfer and attempt to transfer drug proceeds from the New York/New Jersey area through Miam-Dade County to Venezuela.

2. The transfers and attempted transfers were comprised of approximately five bulk cash transactions that totaled approximately $2,558,000 in U.S. currency.

3. The five transfers and attempted transfers affected interstate commerce and were carried out or attempted by a network of couriers employed by the defendant and his co-conspirator.

4. At all times during the conspiracy, the defendant was aware that the five transfers and attempted transfers were directly traceable to the sale of cocaine.

5. On April 22, 2019, the defendant flew to the Southern District of Florida and met with a co-conspirator at a restaurant in Doral, Florida. During the meeting, the defendant and the co-conspirator discussed two recent attempts at laundering drug proceeds through the Southern District of Florida that totaled $1,000,000. Later in the meeting, the defendant and the co-conspirator agreed on a plan to use new practices to launder drug proceeds in order to be more efficient.

Date: 7\5\22

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
ROBERT J. EMERY
ASSISTANT UNITED STATES ATTORNEY

_____
JOSEPH PALAZZO
TRIAL ATTORNEY, MLARS
U.S. DEPARTMENT OF JUSTICE

Date: 6/27/22

By: _____
FRANCISCO REBOLLO-CASALDUC
ATTORNEY FOR DEFENDANT

Date: 6/17/22

By: _____
OSVALDO VILLEGAS RIVERA
DEFENDANT

2