**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-20039-CR-ALTONAGA

FILED BY ABM D.C.
Sep 13, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIA

UNITED STATES OF AMERICA

v.                                                  **FILED UNDER SEAL**

OSVALDO VILLEGAS-RIVERA
_____/

**SEALED MEMORANDUM IN SUPPORT OF UNOPPOSED
MOTION TO CONTINUE THE SEPTEMBER 21, 2022
SENTENCING HEARING DUE TO A MEDICAL SITUATION
AFFECTING DEFENSE COUNSEL'S FAMILY MEMBER**

Defendant Osvaldo Villegas-Rivera, through the undersigned counsel, and most respectfully states and requests as follows:

1. Attorney Francisco Rebollo is lead counsel and has been preparing to appear for the defendant at his sentencing, currently scheduled for September 21, 2022, at 1:00 pm.

2. On or about August 24, 2022, attorney Rebollo's 84-year-old father, a retired Associate Justice of the Supreme Court of Puerto Rico (1982 to 2008), was diagnosed with cancer of the mouth (squamous cell carcinoma). Doctors in Puerto Rico propose surgical removal of the aggressive tumor located in the left maxilar region, immediate reconstructive surgery of his face, followed by radiation therapy.

3. Justice Rebollo, who resides in Puerto Rico, initially sought medical attention locally, but delays in scheduling the surgery prompted him to seek treatment at the Dana Farber Cancer Institute in Massachusetts, which yesterday confirmed appointments for the three necessary medical evaluations (the medical oncologist, the surgical oncologist and the radiational oncologist) for Monday, September 19, 2022. The Rebollos expect that the surgery will be performed that same week and that Justice Rebollo will remain hospitalized in Boston for several days afterward.

4. Attorney Rebollo is primarily responsible for his father's care. Attorney Rebollo is interfacing with the medical professionals, making critical decisions whether to have his father undergo the invasive procedures and course of treatment and arranging to travel with his father to Boston for the September 19, 2022, appointments. Attorney Rebollo plans to remain in Boston, at his father's side, through the surgery and until his father has stabilized. Should the schedule change, attorney Rebollo would promptly notify the Court and the government.

5. So that attorney Rebollo can attend to his father's serious medical situation, he asks that Villegas-Rivera's September 21, 2022, sentencing be continued for at least 14 days.

6. AUSA Emery advised that the government has no objection to the continuance.

RESPECTFULLY SUBMITTED,

**BLACK SREBNICK**
201 S. Biscayne Blvd., Suite 1300
Miami, Florida 33131
Telephone: (305) 371-6421

/s/ *Howard Srebnick*
HOWARD SREBNICK, ESQ.
Florida Bar No. 919063
Email: HSrebnick@RoyBlack.com

**LAW OFFICES OF**
**FRANCISCO REBOLLO-CASALDUC**
P.O. Box 195571
San Juan, Puerto Rico 00919
Tel. 787-765-0505

 *s/Francisco Rebollo-Casalduc*
Francisco Rebollo-Casalduc
USDC-PR No. 205603
Email: RebolloLaw@gmail.com